IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

CALDRELLE HUGHES                                                                                  PLAINTIFF

VS.                                        4:17-cv-00861-BRW

PARRIS TOWERS                                                                                     DEFENDANT

## ORDER

In his complaint, Plaintiff alleges that he is having problems regarding the payment of his rent and Defendant is "harassing" him by charging late fees without showing him paperwork. He claims that Ms. Angela Davis did not fix his rent in May 2016, as requested, and she "got an attitude."[1] He also claims that "Ms. Wise" is attempting to get him to pay additional money that he does not owe so she can "put that extra money in her pocket."[2] When Plaintiff has attempted to report these issues, people either do not answer the phone or they give him "the run around."[3]

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[4] Because Plaintiff's complaint states no federal cause of action against Defendant for which relief may be granted, this case is DISMISSED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 3rd day of January, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] *Id.*

[3] *Id.*

[4] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

1